UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-2105 (ABJ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's Minute Order dated January 22, 2019, Defendant United States Department of Justice advises the Court that the parties are engaged in discussions regarding fees and costs to resolve this case. The parties request permission to file an additional Status Report to the Court on March 15, 2019.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Wyneva.johnson@usdoj.gov